# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KEON BLANKS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-122 |
| v. | * | |
| WARDEN JEFFRY FIKES, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Keon Blanks ("Blanks") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Blanks' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow a Court Order, and **DENIES as moot** Blanks' Motion for Preliminary Injunction. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal and **DENIES** Blanks *in forma pauperis* status on appeal.

**SO ORDERED**, this ___28___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA