AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEON BLANKS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:22-cv-122

WARDEN JEFFRY FIKES,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 28, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted as unopposed, Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice, and Petitioner's motion for preliminary injunction is denied as moot. Petitioner is denied in forma pauperis status on appeal, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 28, 2023

John E. Triplett, Clerk of Court

(By) Deputy Clerk

GAS Rev 10/2020